Certificate Number: 14424-CAC-DE-038301627

Bankruptcy Case Number: 24-10858



14424-CAC-DE-038301627

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2024, at 3:57 o'clock AM EDT, Maria Estella Rosas De Morales completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  March 21, 2024

By:  /s/Mabelyn Ramirez

Name:  Mabelyn Ramirez

Title:  Instructor